```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

STEVEN W. HOWELL,                     §
    Petitioner,                      §
                                      §
VS.                                   §    CIVIL ACTION NO.4:09-CV-263-Y
                                      §
NATHANIEL QUARTERMAN, Director,       §
T.D.C.J.,Correctional                 §
Institutions DIV.,                    §
    Respondent.                      §

      ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
          (With special instructions to the clerk of Court)

In this action brought by petitioner Steven W. Howell under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 21, 2009; and

3. The petitioner's written objections[1] to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 23, 2009.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

---

[1] Although Howell entitled the document a "Motion of Objections to Magistrate Judge's Findings," this document is actually only Howell's written objections to the magistrate judge's report. The clerk of Court is directed to note this on the docket and term the motion. Also, Howell filed a document entitled "Motion to File," and to the extent that motion seeks to have his claims reviewed in this Court, such motion (docket no. 6) is DENIED.

Petitioner Steven W. Howell's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE to his right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

SIGNED June 30, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE